KATHERINE A. ALBERTS, ESQ. (SBN: 212825)
IOANA R. BURSON, ESQ (SBN: 209471)
JIMMIE E. JOHNSON, ESQ. (SBN: 223344)
**LEONE ALBERTS & DUUS**
A Professional Corporation
1390 Willow Pass Road, Suite 700
Concord, CA 94520
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
Email: kalberts@leonealberts.com
      iburson@leonealberts.com
      jjohnson@leonealberts.com

Attorneys for Defendant
PLEASANTON UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMISON CUMMINGS and BETSY CUMMINGS, individually and as guardian ad litem for their minor child, P.C., <br><br> Plaintiffs, <br><br> vs. <br><br> PLEASANTON UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | Case No.: 3:22-cv-02937-CRB <br><br> **NOTICE OF APPEARANCE OF JIMMIE E. JOHNSON ON BEHALF OF DEFENDANT PLEASANTON UNIFIED SCHOOL DISTRICT** |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

    I, Jimmie E. Johnson of Leone Alberts & Duus, a Professional Corporation, hereby enter my appearance as counsel for Defendant Pleasanton Unified School District.

    I, join Katherine A. Alberts (kalberts@leonealberts.com), and Ioana R. Burson (kalberts@leonealberts.com) also with the law firm of Leone Alberts & Duus, in representing defendant identified above in this action.

I am licensed to practice law in California, and I am admitted to practice in the Northern District of California. I am also a registered ECF user:

My contact information is as follows:

Jimmie E. Johnson
Leone Alberts & Duus
A Professional Corporation
1390 Willow Pass Road, Suite 700
Concord, CA 94520
Tel: (925) 974-8600
Fax: (925) 974-8601
Email: jjohnson@leonealberts.com

Dated:  December 13, 2022           **LEONE ALBERTS & DUUS**
   s/ *Jimmie E. Johnson*
JIMMIE E. JOHNSON
Attorneys for Defendant
PLEASANTION UNIFIED SCHOOL DISTRICT