| | |
|---|---|
| Kristin N. Springer, SBN 208778<br>LAW OFFICE OF KRISTIN SPRINGER<br>PO Box 11565<br>Pleasanton, CA 94588<br>Telephone (925) 551-1041<br>specialedlegaljourney@comcast.net<br><br>Betsy J. Brazy, SBN 282593<br>LAW OFFICE OF BETSY BRAZY<br>2532 Santa Clara Ave. #193<br>Alameda CA 94501<br>Telephone (510) 224-5146<br>Facsimile (510) 446-8798<br>brazylaw@gmail.com<br>Attorneys for Plaintiffs JAMISON and BETSY CUMMINGS, individually and as Guardian Ad Litem<br>On behalf of their minor child, P.C. | Katherine A. Alberts, Esq.: (SBN: 212825)<br>LEONE ALBERTS & DUUS<br>1390 Willow Pass Road, Suite 700<br>Concord, CA 94520<br>Telephone (925) 974-8600<br>Facsimile (925) 974-8601<br>kalberts@leonealberts.com<br>Attorneys for Defendants PLEASANTON UNIFIED SCHOOL DISTRICT |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMISON CUMMINGS, ET AL.<br><br>Plaintiff,<br><br>vs.<br><br>PLEASANTON UNIFIED SCHOOL DISTRICT<br><br>Defendant. | Case No.: 3:22-cv-02937-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Hon. Charles R. Breyer** |

Pursuant to Local Rule 6-2(a), Plaintiffs JAMISON CUMMINGS and BETSY CUMMINGS, individually and as guardian ad litem for their minor child, P.C., and Defendant PLEASANTON UNIFIED SCHOOL DISTRICT, by and through their respective counsel of record, do hereby stipulate

to request a continuance of the Case Management Conference currently scheduled for April 21, 2023 at 8:30 a.m. and deadline to file the Case Management Conference Statement, to allow the parties to engage in mediation on May 8, 2023 through a private mediator. The parties stipulate to the following schedule:

- The Parties shall file a Joint Case Management Conference statement by May 19, 2023.
- The Case Management Conference shall be held on May 26, 2023, at 8:30 a.m.

It is so stipulated and agreed.

Dated: March 28, 2023         By:   /s/ KRISTIN N. SPRINGER
                                    Kristin N. Springer
                                    Betsy J. Brazy
                                    Attorney for Plaintiffs

Dated: March 28, 2023         By:   /s/ KATHERINE A. ALBERTS
                                    Katherine A. Alberts
                                    Attorneys for Defendant

### [PROPOSED] ORDER

Good cause appearing from the above Stipulation of the Parties, it is hereby by ordered that:

1) The Case Management Conference currently schedule for April 21, 2023 shall be continued to May 26, 2023 at 8:30 a.m. in the above captioned Court.

2) The Parties shall file a Joint Case Management Statement by May 19, 2023.

IT IS SO ORDERED.

Dated: March 29, 2023

_____
Hon. Charles R. Breyer
Judge of the U.S. District Court